UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-MJ-6269-AOV

UNITED STATES OF AMERICA,

Plaintiff

v.

KATRIEL VICTOR MARMOL,

Defendant

______________________________/

**ORDER**

THIS CAUSE is before the Court for the Initial Appearance of the above-named defendant on a SEALED COMPLAINT.

UPON ORAL motion of the government in open court that the complaint be unsealed as to the above-named defendant, it is hereby ORDERED AND ADJUDGED that the SEALED COMPLAINT be unsealed as to the defendant in this case.

DONE AND ORDERED at Ft. Lauderdale, Florida this 2nd day of May, 2025.

Alicia O. Valle
______________________________
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel